UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**CHRISTOPHER CHEETAM,**

      Plaintiff,

                                  Civil No.**09-11987**
                                  Hon. John Feikens

      v.

**ROOTER 1 INSURANCE CO.,**

      Defendant.

_____/

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND
RECOMMENDATION**

      The Court having reviewed the Magistrate Judge's Report and Recommendation,

filed on **6/15/2009**, and the objections filed by Plaintiff on **6/16/2009;**

      **IT IS ORDERED** that the Report is **ADOPTED** and entered as the findings and

conclusions of this court.

                        **s/John Feikens**_____
                        John Feikens
                        United States District Judge

Dated:  June 30, 2009

The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on June 30, 2009.

s/Carol Cohron
Deputy Clerk